Thomas M. Lancia PLLC
By:  Thomas M. Lancia, Esq.
22 Cortlandt Street
16th Floor
New York, New York 10007
212.964.3157

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| INSTITUTIONAL INVESTOR LLC | : | |
| Plaintiff, | : | STIPULATION OF VOLUNTARY DISMISSAL |
| - v - | : | |
| | : | 16-CV-941 (GBD) |
| MORGAN STANLEY & CO. LLC, JONATHAN YELLEN and CHARLES SHANNON | : | |
| Defendants. | : | |

-------------------------------------------------------------X

WHEREAS,  Plaintiff  INSTITUTIONAL  INVESTOR  LLC  filed  a  Complaint  on
February 8, 2016 alleging that the Defendants infringed upon the Plaintiff's copyright and
breached a contract with the Plaintiff; and

WHEREAS, the Defendants in the above-captioned action have not appeared; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent
person; and

WHEREAS, the Plaintiff in the above-captioned action wishes to voluntarily discontinue
the litigation;

IT IS HEREBY STIPULATED AND AGREED as follows:

1.  The above-captioned action is dismissed and discontinued without prejudice, as to the
named Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2.  Scanned signatures on this document shall be deemed original for the purpose of
submission to the court.

3.    This Stipulation may be filed electronically without further notice with the Clerk of the Court.

4.    This Stipulation will be effective beginning on the date it is filed with the Clerk of Court.

Dated: New York, New York
       June 27, 2016

       THOMAS M. LANCIA PLLC
       Attorney for Plaintiff

       By: Thomas M. Lancia
       22 Cortlandt Street
       16th Floor
       New York, New York 10007
       212.964.3157